DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

**12 JUNE 2003**

| No. 267P03<br><br>Case below:<br><br>157 N.C. App. 364 | Ditscheiner v. Jelly Beans, LLC | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA02-486)<br><br>2. Def's Motion to Dismiss Appeal<br><br>3. Def's Conditional PDR as to Additional Issues | 1. Denied<br><br>2. Dismissed as Moot<br><br>3. Dismissed as Moot |
|---|---|---|---|
| No. 087P03<br><br>Case below:<br><br>155 N.C. App. 603 | Freeman v. Freeman | Plt's PDR Under N.C.G.S. § 7A-31 (COA02-222) | Denied |
| No. 093P03<br><br>Case below:<br><br>155 N.C. App. 362 | Harleysville Mut. Ins. Co. v. Narron | 1. Plt's Motion for Temporary Stay (COA02-137)<br><br>2. Plt's Petition for Writ of Supersedeas<br><br>3. Plt's Motion to Withdraw Petition for Writ of Supersedeas | 1. —<br><br>2. —<br><br>3. Allowed **05/22/03** |
| No. 268P03<br><br>Case below:<br><br>157 N.C. App. 317 | Harleysville Mut. Ins. Co. v. Zurich-American Ins. Co. | Plt's PDR Under N.C.G.S. § 7A-31 (COA02-720) | Denied |
| No. 140P03<br><br>Case below:<br><br>156 N.C. App. 217 | Hollifield v. City of Hickory | Plts' PWC to Review the Decision of the COA (COA02-483) | Denied |
| No. 032P03<br><br>Case below:<br><br>154 N.C. App. 742 | In re Mayhew | Respondent's (Mayhew) PDR Under N.C.G.S. § 7A-31 (COA02-47) | Denied |
| No. 212P03<br><br>Case below:<br><br>156 N.C. App. 628 | Ivarsson v. Office of Indigent Def. Servs. | Plts' PDR Under N.C.G.S. § 7A-31 (COA02-36) | Denied<br><br>**Brady, J., recused** |
| No. 236PA03<br><br>Case below:<br><br>157 N.C. App. 38 | Johnson v. Board of Tr. of Durham Technical Cmty. Coll. | Def's PDR Under N.C.G.S. § 7A-31 (COA02-356) | Allowed |